UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.    25-mj-8296-WM

UNITED STATES OF AMERICA

v.

CARLOS GONZALEZ-QUICHE,
a/k/a "Roberto Queche-Cujcuj,"

Defendant.

_____/

> FILED BY____SW____D.C.
>
> **May 29, 2025**
>
> ANGELA E. NOBLE
> CLERK U.S. DIST. CT.
> S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes  ☑ No

3.  Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes  ☑ No

4.  4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes  ☑ No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: _____
                   Shannon Shaw

SHANNON SHAW
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.      92806
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      (561) 209-1036
Fax:     (561) 820-8777
Email:  Shannon.Shaw@usdoj.gov

## AFFIDAVIT

I, Andy Korzen, being duly sworn, depose and state as follows:

1.     I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.     This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Carlos GONZALEZ-QUICHE, also known as Roberto QUECHE-CUJCUJ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.     On or about May 25, 2025, Carlos GONZALEZ-QUICHE was arrested in Palm Beach County, Florida on charge of domestic battery. He was booked and detained at the Palm Beach County Jail.

4.     A review of the immigration records shows that Carlos GONZALEZ-QUICHE is a native and citizen of Guatemala. Records further show that on or about July 12, 2007, Carlos GONZALEZ-QUICHE was ordered removed from the United States. The Order of Removal was executed on or about July 23, 2007, whereby Carlos GONZALEZ-QUICHE was removed from the United States and returned to Guatemala.

5.     Carlos GONZALEZ-QUICHE's fingerprints taken in connection with his May 25, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed

1

that scanned fingerprints belong to the individual who was previously removed from the United States, that is Carlos GONZALEZ-QUICHE.

6.      A record check was performed in the Computer Linked Application Informational Management System to determine if Carlos GONZALEZ-QUICHE filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Carlos GONZALEZ-QUICHE obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7.      Based on the foregoing, I submit that probable cause exists to believe that, on or about May 25, 2025, Carlos GONZALEZ-QUICHE, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this **29th** day of May, 2025.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

2

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

<table>
<tr><td>United States of America<br>v.<br>CARLOS GONZALEZ-QUICHE,<br>a/k/a "Roberto Queche-Cujcuj,"<br><br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.  25-mj-8296-WM</td></tr>
</table>

FILED BY____ SW ____D.C.

May 29, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ May 25, 2025 _____ in the county of _____ Palm Beach _____ in the
__Southern__ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry After Deportation. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, ICE Deportation Officer
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:  May 29, 2025 _____

_____
Judge's signature

City and state:           West Palm Beach, FL

Hon. William Matthewman, U.S. Magistrate Judge
_____
Printed name and title

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   CARLOS GONZALEZ-QUICHE, a/k/a "Roberto Queche-Cujcuj"

**Case No**:    25-mj-8296-WM

Illegal Re-entry After Deportation.

Title 8, United States Code, Section 1326(a)

* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000
* **Special Assessment:** $100
* **Immigration Consequences of Removal (Deportation) from United States if Convicted**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**